In The United States District Court
For The Southern District Of Mississippi
Jackson Divison

John Hale
V
Roland Abangan etal,

3:15 Cv 170

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 29 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

## Affidavit of John Hale

Comes now John Hale and States The following Matters And Facts,

(1) My name is John Hale. I am over The age of Twenty-one [21] years of age, I have Personal Knowledge of The facts And Matters Contained herein And am Competent To Testify Thereto

(2) Plaintiff Suffers from Serious Medical Needs Both Physical And Mental Health Related Needs That Effect My Daily Lifes Activites

(3) Plaintiff's Disorders And Conditions have Been Dignosed And Treated By V.A. Doctors Since The early 80's, Many of These Conditions its Obvious To Even a Lay Person Thay Require Treatment,

(4) Each Separtly And in Combanation Effect My

(1)

Daily Lifes Activities And Are Debilitating When not Treated.

[5] Plaintiff Suffers from Gastroesophageal - Reflux Disorder D/O, Degeneration of lumbar/lumbosacral intervertebral disc's [intensly painful Degeritive, Ruptured and Bulging Compressed Black Disc.], Herniated Disc., Vitamin D, Deficiency,, Splenomegaly, Cholelithiasis, Furunculosis, Anti- Social Pesonality D/O, Depressive D/O [Chronic] Post Tramatic - Stress D/O [PTSD], intermittent explasive D/O,, Gallstons,:

[6] These Disorders Effect My eating [Diet], Sleeping [Sleep Deprevation & Insomnia], Thinking & Concertrating, walking, sitting, Standing Both Physically And psychologicaly These D/o's Also Effect My Major Body Functions and Organs. ie Digestive, Reinal, Cerculatrary, Kidney Functions Liver function Matabolisom, Thay Effect how I will interact With My Peers.

[7] These Disorders Are Serious Disabilitys By Them Self, And in Comboration with Each Other And Are Serious Physical And Mental Health needs That Require Treatment

[8] Plaintiff Submits Portions of V.A. Medical Records With Certificates of Authenticity; [see Ex VA] Thes Records Show My Serious Medical needs That Thay Require Treatment, And were Being Treated

[9] These Records Show That My Requsted Meds To Accommodate My Disability Related needs are

(2)

Reasonable As Related To My individulized Treatment They Also Show Evidence That I'm Not Seeking Medication To Abuse Them But for Ligitmit Use And Treatment of My Serious Medical And Mental Health Needs.

Plaintiff Also Submits Scienific Evidence from The National Insitutes Of Health, The American Liver Foundation, Medline Plus/NIH, These Exhibits Support My need for Accommodation To Aviod Toxicty Issues And Damage To My Health.

[10] This Siceintifce Evedence Was Published Begining Back in 2003 By The Amerean Liver Foundation And has been Confirmed Over The years By The N.I.H. The Hepatitis Foudation, it Shows That Hep-c Patients need To Avoid Certian Medications And need To Adhear To Specal Diets.

[11] Plaintiff Submits, Health Care Guideline from The Institute for Clinical Systems Improvement [ICSI] Showing Ultram/Tramadol as a reasonable altenative, Also Submitted is An Article from The Scientific American Related To Misconceptions about Adiction

[12] Plaintiff Cites House Resolution, H.R. 3244, Section 1603 Congress passed and president Clinton Signed This into Law on Oct 31, 2000 Clearly Establishing My Right To Adequate, Meaningful Pain Management, --- Congress Declared The First Decade Of The 21st Centery. The

(3)

Decade of Pain ** Control * And Research

[13] Plaintiff Submitts That his Serious Medical and Mental Health needs Are not being Adequtly Treated That The Denial is intentional And on Purpose, That Plaintiff has Constently Made These Needs Known And Requsted Reasonable Accommodatn for his Disabilty Related needs That have also been Denied,

[14] Plaintiff Submitts That The Issues Of his Serious Medical & Psychatric Needs And his Disabilitys Are Inextricably intertwined And Complecated, Each Effects The Other, And The 8th And 14th Amendment with The ADA Cant be Sep- - arated

Respectfully Submitted This The 23 day of feb 2016 Under penalty of purjary as True & Correct

By John Hale
Pro-se

(4)



John 1946 D 24720

EMCF INMATE LEGAL
ASSISTANCE PROGRAM
10641 HIGHWAY 80 WEST
MERIDIAN, MS 39307

APPROVED LEGAL MAIL
BY: _____
FEB 23 2016
EMCF: LEGAL LIBRARY

LEGAL MAIL

JACKSON
MS 390
25 FEB '16
PM 3 L

FIRST-CLASS MAIL
Hasler
02/25/2016
US POSTAGE $00.48
ZIP 39307
011D11634232

RECEIVED
FEB 29 2016
CLERK, U.S. DISTRICT COURT
SO. DISTRICT OF MISS.

US Dist Court Clerks office
501 E Court St Suite
Jackson Ms 39201