**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

JOHN ASHLEY HALE                                                               PLAINTIFF

V.                                                         CAUSE NO. 3:15-CV-170-CWR-FKB

DR. ROLAND ABANGAN, ET AL.                                     DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court are three motions to dismiss filed by the Centurion defendants. Docket Nos. 99, 101, and 103. The Magistrate Judge has issued a Report and Recommendation (R&R) proposing to deny the motions. Docket No. 168.

The R&R was entered on February 10, 2017. *Id.* It notified the parties that failure to file written objections to its findings and recommendations within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* Those 14 days have now passed without any submission of written objections by any party.

As a result, the undersigned adopts the R&R as the Order of this Court. The Centurion motions to dismiss are denied.

**SO ORDERED**, this the 28th day of February, 2017.

                                                                 s/ Carlton W. Reeves
                                                                 UNITED STATES DISTRICT JUDGE