**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOHN ASHLEY HALE**                                                                                    **PLAINTIFF**

**V.**                                                                **CAUSE NO. 3:15-CV-170-CWR-FKB**

**DR. ROLAND ABANGAN, ET AL.**                                                        **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Dr. Sandhu's motion to dismiss, the Centurion defendants' motion to dismiss, and the Trinity defendants' motion for summary judgment. Docket Nos. 134, 135, and 137. The Magistrate Judge issued a Report and Recommendation (R&R) proposing to deny the motions to dismiss and grant the motion for summary judgment. Docket No. 202. Plaintiff John Hale has objected. Docket No. 204.

Having considered the objection and its supporting documents, the undersigned finds that the objection is not well-taken and should be overruled. Accordingly, the R&R is adopted as this Court's own findings and conclusions, the motions to dismiss are denied, and the motion for summary judgment is granted.

**SO ORDERED**, this the 6th day of September, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
