**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

JOHN ASHLEY HALE                                                                                    PLAINTIFF

V.                                                                    CAUSE NO. 3:15-CV-170-CWR-FKB

DR. ROLAND ABANGAN, ET AL.                                                                DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation on all of the remaining claims in this case. Docket No. 250. The plaintiff has objected. Docket Nos. 252-53.

Having considered the objection, the Court finds it not well-taken and due to be overruled. Accordingly, the R&R is adopted as this Court's own findings and conclusions. A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 23rd day of February, 2018.

                                                                        s/ Carlton W. Reeves
                                                                        UNITED STATES DISTRICT JUDGE