IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN ASHLEY HALE                                                                                    PLAINTIFF

V.                                                                              CAUSE NO. 3:15-CV-170-CWR-FKB

DR. ROLAND ABANGAN, ET AL.                                                              DEFENDANTS

## ORDER

Before the Court is the plaintiff's motion for reconsideration. Docket No. 266. He argues that he should be granted leave to appeal IFP because he does not actually have at least three strikes.

On review, the motion will be denied for the reasons Judge Guirola provided in denying Hale's identical request last year. *See* Docket Nos. 213 and 215 in *Hale v. Harrison Cty. Bd. of Supervisors*, No. 1:14-CV-61-LG-JCG (S.D. Miss.).

**SO ORDERED**, this the 16th day of August, 2018.

                                                      s/ Carlton W. Reeves
                                                      UNITED STATES DISTRICT JUDGE