# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-60183
_____

JOHN ASHLEY HALE,

    Plaintiff - Appellant

**A True Copy**
**Certified order issued Jan 02, 2020**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

v.

DR. ROLAND ABANGAN, Official and Individual Capacity; DR. JOHN DOE, Official and Individual Capacity; KITCHEN SUPERVISOR K. CHANEY; JOHN AND JANE DOES; KITCHEN SUPERVISOR C. RUTLEDGE; DR. GURDIAL S. SANDHU; TRINITY FOOD SERVICE; HEALTH ADMINISTRATOR OLLIE LITTLE; GOVERNOR PHIL BRYANT; COMMISSIONER MARSHALL FISHER; HEALTH ASSURANCE; UNKNOWN GLASS, Kitchen Supervisor; UNKNOWN TAYLOR, Kitchen Supervisor:  NURSE EVALYN DUNN; DR. KIM NAGEL; HENRY FORD; CENTURION HEALTH CARE; MANAGEMENT TRAINING CORPORATION; ARCHIE LONGLEY, Deputy Commissioner; DR. GLORIA PERRY, Chief Medical Officer,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Southern District of Mississippi
_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 2, 2020, for want of prosecution.  The appellant failed to timely file a brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT