# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 12, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-60183   John Hale v. Roland Abangan, et al
                 USDC No. 3:15-CV-170

The court has denied the motions to allow attachments to brief, file brief in excess pages, and file brief in present form in this case.

Your sufficient appellant's brief is due within 14 days from the date of this letter (3/26/2020).

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Whitney M. Jett, Deputy Clerk

Mr. Michael James Bentley
Ms. Tabitha Marjorie Bono
Mr. Tommy Darrell Goodwin
Mr. Steven James Griffin
Mr. John Ashley Hale
Ms. Karen Elizabeth Howell
Mr. Arthur S. Johnston III
Mr. Robert H. Pedersen
Ms. Erin Diane Saltaformaggio
Mr. Vardaman Kimball Smith III
Mr. William A. Whitehead Jr.
Mr. John Chadwick Williams